UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

LUTHER GRAY ]
    Plaintiff, ]
] No. 1 10 0065
v. ] (No. 1:10-mc-0008)
] Judge Trauger
PATSY HADDOX, et al. ]
    Defendants. ]

ORDER

On June 15, 2010, an order (Docket Entry No.2) was entered granting the plaintiff thirty (30) days in which to either pay the full filing fee of three hundred fifty dollars ($350) or submit the documents needed to apply for pauper status. At that time, the plaintiff was forewarned that, should he fail to comply with these instructions within the specified period of time, his complaint would be filed and this action would be dismissed for failure to comply and for want of prosecution.

The thirty day period has expired and the plaintiff has not yet complied with the instructions of the Court. Accordingly, the Clerk is directed to file the complaint.

This action is hereby DISMISSED for failure to comply with the instructions of the Court and for want of prosecution. Rule 41(b), Fed. R. Civ. P.

Entry of this order shall constitute the final judgment in

this case.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge